Rosemary J. Bruno
**Buchanan Ingersoll & Rooney PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800
*Attorneys for Defendant BMW of North America, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SHELTON OLIVER, DONNIE BAKER and KHADER MOHIUDDIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESSELSCHAFT AND BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | : | Civil Action No. 2:17-cv-12979-CCC-MF<br><br>**NOTICE OF TERMINATION** |

To the Clerk of the Court:

Please terminate the appearance of the undersigned as an attorney for Defendant BMW of North America, LLC, in this matter and remove the undersigned as an attorney to be noticed in the CM/ECF system. Christopher J. Dalton, Daniel Z. Rivlin and Argia J. DiMarco of the undersigned firm will continue to represent Defendant BMW North America, LLC in this matter.

**[SIGNATURE FOLLOWS]**

/s/ Rosemary J. Bruno
Rosemary J. Bruno
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800
Attorneys for Defendant

Dated: September 30, 2020

**CERTIFICATE OF SERVICE**

On this date, I caused a copy of the foregoing Termination of Appearance to be served via the Court's CM/ECF system upon all Counsel of Record.

/s/ Rosemary J. Bruno
Rosemary J. Bruno

Newark, New Jersey
September 30, 2020